Henry Smith, Respondent, v. Helen Miller Gould, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

J. J. Spurr & Sons (Incorporated), Respondent, v. The Empire State Surety Company, Appellant, Impleaded with William F. Fischer.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

John Suchanek, as Administrator, etc., of Anton Suchanek, Deceased, Appellant, v. New Amsterdam Gas Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Uvalde Asphalt Paving Company, Respondent, v. The City of New York, Defendant, Impleaded with Joseph Sigretto and James Mannino, Composing the Firm of Sigretto & Mannino, Appellants.— We find the fact to be that the individual defendants have always refused to assign to the plaintiff the contract mentioned in the 5th finding of fact, or to give orders for or assignments of the moneys due from the comptroller under that contract. Judgment affirmed, with costs. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred.

Charles A. Van Nostrand, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the evidence fails to show that the plaintiff was not guilty of contributory negligence. (Reed v. Metropolitan Street R. Co., 180 N. Y. 315.) Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Carl C. Berthelson, Appellant, v. John C. Gabler, Respondent.— Motion for resettlement of order granted. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Doris Brown, Respondent, v. Pauline Ziff, Appellant.— Motion to print additional papers on appeal denied, as it is evident that the papers were not specified in the order. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Hazel Burt, Respondent, v. Max Hochstim, Appellant.— Motion to dismiss appeal granted. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

William Sheafe Chase, Appellant, v. William T. Grover, Respondent.— Motion granted on condition that the claim for costs be waived, otherwise motion denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Minnie L. Derby, Respondent, v. Degnon-McLean Contracting Company, Appellant. Orville P. Derby, Respondent, v. Degnon-McLean Contracting Company, Appellant.— Motion to resettle orders granted. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

John H. Donnelly, Appellant, v. Myer Hellman, Respondent. — Motion denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Richard E. Benham for Admission to the Bar.— Motion granted. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.